W. F. MIDDLETON, Appellant,

v.

Custer MIDDLETON et al., Appellees.

Court of Appeals of Kentucky.

Sept. 16, 1955.

Cornette & White, Daniel B. Cornette, Letcher T. White, Harlan, for appellant.

James S. Greene, Jr., Harlan, for appellees.

PER CURIAM.

The judgment of the lower court awarded to the appellant an easement over the lands of the appellee. We are affirming the judgment, since it is amply supported by the evidence.

The motions for appeal and cross-appeal are overruled, and the judgment is affirmed. Judge Hogg not sitting.

Jim LOWRY

v.

P. W. SMITHER.

Court of Appeals of Kentucky.

Sept. 16, 1955.

Watts & Moynahan, Nicholasville, for appellant.

William Hill Mackey, Nicholasville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Jessamine Circuit Court, Honorable W. J. Baxter, Judge, for $500, with interest, awarded appellee.

We have considered the entire record and have found no error prejudicial to the substantial rights of appellant.

The motion for an appeal is overruled and the judgment is affirmed.